UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Richard Mysliwiec
                        Plaintiff,

v.                                                   Case No.: 1:18−cv−06362
                                                                Honorable Jorge L. Alonso

Franklin Collection Service, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: In light of the closure of the court on 12/5/18, status hearing previously set for 12/5/18 is stricken and reset to 4/11/19 at 9:30 a.m. Parties' MIDP disclosures shall be served by 12/26/18. All fact discovery shall be noticed in time to be completed by 4/5/19. This case is referred to the magistrate judge for discovery supervision, with authority to extend deadlines, and a settlement conference. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.