# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD MYSLIWIEC,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKLIN COLLECTION SERVICE, INC.,<br><br>    Defendant. | Case No. 1:18-cv-06362<br><br>Honorable Jorge L. Alonso |

## NOTICE OF SERVICE

The undersigned, an attorney representing Plaintiff, hereby certify that I caused a true and correct copy of **PLAINTIFF'S MANDATORY INITIAL DISCOVERY PILOT PROJECT DISCLOSURES** to be served via electronic mail and first class mail on December 26, 2018 to counsel for FRANKLIN COLLECTION SERVICE, INC..

>  */s/ Joseph Scott Davidson*
>
> Joseph Scott Davidson
> Mohammed Omar Badwan
> **SULAIMAN LAW GROUP, LTD.**
> 2500 South Highland Avenue
> Suite 200
> Lombard, Illinois 60148
> +1 630-575-8181
> jdavidson@sulaimanlaw.com
> mbadwan@sulaimanlaw.com
>
> *Counsel for Richard Mysliwiec*