# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD MYSLIWIEC, | |
| Plaintiff, | Case No. 1:18-cv-06362 |
| v. | Honorable Jorge L. Alonso |
| FRANKLIN COLLECTION SERVICE, INC., | Honorable Jeffrey Cummings Magistrate Judge |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this Action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| DATED: March 25, 2019 | Respectfully submitted, |
| */s/ Joseph S. Davidson* | */s/ Justin M. Penn* |
| Joseph S. Davidson | Justin M. Penn |
| Mohammed O. Badwan | Whitney S. Goldin |
| **SULAIMAN LAW GROUP, LTD.** | **HINSHAW & CULBERTSON LLP** |
| 2500 South Highland Avenue | 151 North Franklin Street |
| Suite 200 | Suite 2500 |
| Lombard, Illinois 60148 | Chicago, Illinois 60606 |
| +1 630-575-8181 | +1 312-704-3157 |
| jdavidson@sulaimanlaw.com | +1 312-704-3718 |
| mbadwan@sulaimanlaw.com | jpenn@hinshawlaw.com |
| | wgoldin@hinshawlaw.com |
| *Counsel for Richard Mysliwiec* | |
| | *Counsel for Franklin Collection Service, Inc* |